IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civ. A. No. 2:20-1949 |
| vs. | ) |
| LRG CORPORATION, d/b/a LRG RENTALS, *et al*, | ) |
| Defendants. | ) |

**PRE-SETTLEMENT CONFERENCE ORDER**

And now, this 22nd day of September, 2022, it is hereby ORDERED that a settlement conference in this case is scheduled for October 7, 2022 at 10:00 a.m. This settlement conference shall be conducted in person in Courtroom 9A of the United States District Court located at 700 Grant Street, Pittsburgh, PA 15219. Set forth below are the responsibilities of the parties to be completed prior to the settlement conference and the procedures that the Court will employ in conducting the settlement conference.

1. Confidential Settlement Position Letters

On or before October 4, 2022, the parties shall separately submit confidential letters to the Court at the above e-mail address. These letters shall include key facts and any necessary legal analysis, detail the relative strengths and weaknesses of the party's position and provide a history of any settlement discussions and current settlement posture, including monetary amounts. The letters may also include any other information or documentation that the parties believe would be useful in explaining their position. These letters will not be shared with opposing counsel. Accordingly, candor is expected.

2. <u>Requirement that all Parties, Representatives with Complete Settlement Authority, and Lead Trial Counsel Attend</u>

All parties, representatives with full and complete settlement authority, and lead trial counsel are required to attend the settlement conference. Ms. Murphy may appear by videoconference or telephone.

3. <u>Settlement Conference Format</u>

The Court will use a facilitative mediation format. The settlement conference will begin with a brief joint session. The joint session shall be followed by private sessions conducted by the Court with each party. In these private sessions, the parties should discuss information which may assist in working toward a resolution, but which they would prefer not to disclose in direct negotiations. These sessions will also be utilized to provide an opportunity to assess realistic options for resolution without compromising any party's negotiation posture.

The Court expects counsel and the parties and party representatives to be fully prepared to participate. The Court encourages all parties to keep an open mind in order to reassess their previous positions and to consider creative methods for resolving their dispute.

4. <u>Confidentiality</u>

All statements made in the course of joint sessions, including opening presentations, are confidential settlement discussions. Statements may not be used in discovery and are inadmissible at trial. Any statements made or information disclosed to the Court in a private session are also privileged and disclosure cannot be compelled under any circumstances.

3

DATED this 22nd day of September, 2022.   BY THE COURT:

        /s Patricia L. Dodge  
        PATRICIA L. DODGE  
        United States Magistrate Judge