# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA  <br>*Plaintiff*  <br>v.  <br>LEWIS R. GAINFORT, d/b/a LRG Rentals, et al.  <br>*Defendant* | )  <br>)  <br>) Civil Action No. 2:20-cv-1949-CCW  <br>)  <br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* UNITED STATES OF AMERICA recover from the defendant *(name)* LEWIS R. GAINFORT, d/b/a LRG Rentals, and LEWIS R. GAINFORT, ind. the amount of Three thousand, seven hundred and fifty dollars ($ 3,750.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

_____ .

This action was *(check one)*:

☑ tried by a jury with Judge Christy Criswell Wiegand presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

_____ .

Date: 11/14/2022

CLERK OF COURT

/s/ Joungsun Miller

*Signature of Clerk or Deputy Clerk*